# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-20700
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

November 8, 2017

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

HECTOR PARRALES-GUZMAN, also known as Hector Guzman Parrales, also known as Hector Guzman Perales, also known as Hector Parrales Guzman, also known as Hector Perales-Guzman, also known as Hector Parrales,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:15-CR-235-1

Before KING, ELROD, and HIGGINSON, Circuit Judges.

PER CURIAM:*

Hector Parrales-Guzman appeals his conviction of illegal reentry under 8 U.S.C. § 1326(a) and (b)(1). He contends that his prior removal ultimately rested on the application of the crime of violence definition in 8 U.S.C. § 16(b), which he argues is unconstitutionally vague. He correctly acknowledges that

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-20700

his argument is foreclosed by circuit precedent. *United States v. Gonzalez-Longoria*, 831 F.3d 670, 672 (5th Cir. 2016) (en banc), *petition for cert. filed* (Sept. 29, 2016) (No. 16-6259). Accordingly, we GRANT the Government's motion for summary affirmance, and we AFFIRM the judgment of the district court. The Government's alternative motion for an extension of time to file a brief is DENIED as unnecessary.